IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMITT LEWIS, | No. C 09-2349 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| LARRY SMALL, Warden, | |
| Respondent. | |

On May 28, 2009, the court received two envelopes from petitioner, one containing a petition for a writ of habeas corpus and the other an application to proceed in forma pauperis ("IFP"). They were treated as attempts to open two separate cases. The in forma pauperis application was given this case number and petitioner was sent a notice that he had not filed a petition or complaint and that the IFP application was not signed. The petition was given case number C 09-2357 WHA (PR), and petitioner was sent a notice that he had not filed an IFP application.

It appears that petitioner did not intend to file two cases, so this case is **DISMISSED** as opened in error. No fee is due. The clerk shall file an electronic copy of the IFP application that was filed in this case in case number C 09-2357 WHA (PR). Petitioner may disregard the clerk's notice giving him thirty days to file a complaint or petition in this case.

**IT IS SO ORDERED.**

Dated: June   16  , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\LEWIS2349.DSM.wpd